# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

**CLAUDINE JEANETTE WILSON,**

      **Plaintiff,**

v.

                                 Case No. CIV-18-075-RAW-KEW

**Commissioner of Social Security
Administration,**

      **Defendant.**

## ORDER

On February 26, 2019, Magistrate Judge West entered a Report and Recommendation in the above-referenced case, recommending that plaintiff's motion to transfer venue be denied. Also recommended is this action be dismissed because of the *pro se* plaintiff's failure to obtain service in a timely fashion, follow the orders of the court, and prosecute the case. Plaintiff, appearing *pro se*, did not file an objection to the Report and Recommendation. The court notes, however, that plaintiff has now obtained proper service on the United States Attorney's Office for this District and the United States Attorney General, two of the entities she has been instructed to properly serve. The Report and Recommendation was clearly correct when filed, but in the court's preference for resolution of cases on the merits, the case will not be dismissed at this time.

The Report and Recommendation of the United States Magistrate Judge (#13) is hereby AFFIRMED and ADOPTED in part and deemed moot in part. Plaintiff's motion to transfer venue (#12) is denied.

**ORDERED THIS 28th DAY OF MARCH, 2019.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma